UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
THE SECRETARY OF THE U.S. DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT,

                           Plaintiff,                         **ORDER**

   – against –                                        No. 20-CV-941 (CS)

PUBLIC ADMINISTRATOR OF WESTCHESTER
COUNTY, *et al.*,

                           Defendants.

-------------------------------------------------------------------------x

Seibel, J.

      Plaintiff filed this foreclosure action against Defendants on February 5, 2020.  (Doc. 4).  I understand Plaintiff has not pursued the case because of the U.S. Department of Housing and Urban Development's Foreclosure and Eviction Moratorium in connection with the COVID-19 National Emergency.

      Plaintiff's counsel is hereby ORDERED to notify the Court within one week of the moratorium expiring or being lifted.

**SO ORDERED.**

Dated: September 28, 2020
       White Plains, New York

                                                              CATHY SEIBEL, U.S.D.J.